# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>vs.<br><br>Reyna Rodriguez [1],<br><br>                         Defendant. | Case No. 22cr0392-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☒  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), 846; 18:2 – Conspiracy to Possess with intent to distribute Methamphetamine; Aiding and Abetting
21:841(a)(1);18:2 – Possession of Methamphetamine with intent to distribute; Aiding and Abetting

Dated: 9/29/2022

Hon. Barry Ted Moskowitz
United States District Judge